■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO MACHARE, Appellant. [695 NYS2d 112] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Roman, J.), rendered May 9, 1996, convicting him of robbery in the first degree, robbery in the second degree, criminal possession of a weapon in the third degree (three counts) and criminal possession of stolen property in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Since the record does not support the defendant's claim that he was willing to enter a plea to the entire indictment, the trial court properly declined to permit the plea in the absence of the prosecutor's consent (*see,* CPL 220.10 [2], [4]).

The defendant's sentence is not excessive (*see, People v Pena,* 50 NY2d 400, *cert denied* 449 US 1087; *People v Suitte,* 90 AD2d 80). Mangano, P. J., O'Brien, Sullivan and Goldstein, JJ., concur.